UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DAVID ELMBLAD on Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 1:05-cv-10063-RWZ |
| § | |
| RONALD E. LOGUE, TENLEY E. ALBRIGHT, M.D., KENNETT F. BURNES, TRUMAN S. CASNER, NADER F. DAREHSHORI, ARTHUR L. GOLDSTEIN, DAVID P. GRUBER, LINDA A. HILL, CHARLES R. LaMANTIA, RICHARD P. SERGEL, RONALD L. SKATES, GREGORY L. SUMME, DIANA CHAPMAN WALSH, ROBERT E. WEISSMAN, STATE STREET CORPORATION, SSGA FUNDS MANAGEMENT, INC., STATE STREET RESEARCH & MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100 § § § § § § § § § § § § § § | |
| Defendants. § | |

---

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismisses STATE STREET RESEARCH & MANAGEMENT COMPANY as a party to this action, without prejudice.

00004210.WPD ; 1

Dated February 15, 2005.                    RESPECTFULLY SUBMITTED,


/s/David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Ste. 500
Saugus, Massachusetts 01906
(781) 231-7850
(781) 231-7840 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax