UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD on Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>RONALD E. LOGUE, TENLEY E. ALBRIGHT, M.D., KENNETT F. BURNES, TRUMAN S. CASNER, NADER F. DAREHSHORI, ARTHUR L. GOLDSTEIN, DAVID P. GRUBER, LINDA A. HILL, CHARLES R. LaMANTIA, RICHARD P. SERGEL, RONALD L. SKATES, GREGORY L. SUMME, DIANA CHAPMAN WALSH, ROBERT E. WEISSMAN, STATE STREET CORPORATION, SSGA FUNDS MANAGEMENT, INC., STATE STREET RESEARCH & MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100<br><br>  Defendants. | Case No. 1:05-cv-10063-RWZ |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: March 8, 2005.

RESPECTFULLY SUBMITTED,

/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Ste. 500
Saugus, Massachusetts 01906

00004328.WPD ; 1

(781) 231-7850
(781) 231-7840 fax


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

00004328.WPD ; 1