UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| DAVID ELMBLAD on Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:05-cv-10063-RWZ |
| RONALD E. LOGUE, TENLEY E. ALBRIGHT, M.D., KENNETT F. BURNES, TRUMAN S. CASNER, NADER F. DAREHSHORI, ARTHUR L. GOLDSTEIN, DAVID P. GRUBER, LINDA A. HILL, CHARLES R. LaMANTIA, RICHARD P. SERGEL, RONALD L. SKATES, GREGORY L. SUMME, DIANA CHAPMAN WALSH, ROBERT E. WEISSMAN, STATE STREET CORPORATION, SSGA FUNDS MANAGEMENT, INC., STATE STREET RESEARCH & MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100 | § § § § § § § § § § § § § § § | |
| Defendants. | | |

_____

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

00004871.WPD ; 2

Dated: July 28, 2006								Respectfully submitted,


								/s/ David Pastor_____
								David Pastor (BBO # 391000)
								GILMAN AND PASTOR, LLP
								225 Franklin Street, 16th Floor
								Boston, MA 02110
								Telephone: (617) 742-9700
								Facsimile: (617) 742-9701

Attorney for Plaintiffs